# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSE VELASQUEZ, <br>     Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> COMMISSIONER OF SOCIAL <br> SECURITY ADMINISTRATION, <br>     Defendant. | No. ED CV 10-1239-PLA <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: July 5, 2011

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE